**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

*Counsel for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 15 Case |
| **Fairfield Sentry Limited, et al.,** | Case No. 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| | Related Adversary Proceedings Listed in Exhibit A to the Motion |

**NOTICE OF HEARING ON
MOTION OF FOREIGN REPRESENTATIVES SEEKING (1) CONSOLIDATION OF
CERTAIN ADVERSARY PROCEEDINGS; (2) IMPLEMENTATION OF A
COORDINATED SCHEDULE FOR THOSE PROCEEDINGS AND (3) ENTRY OF A
CASE MANAGEMENT ORDER TO GOVERN ALL ADVERSARY PROCEEDINGS
AND CONTESTED MATTERS RELATED TO THESE CHAPTER 15 CASES**

**PLEASE TAKE NOTICE** that on September 23, 2010, Kenneth Krys and Joanna Lau (together with their predecessors, the "Foreign Representatives"), in their capacities as the duly appointed foreign representatives and liquidators of Fairfield Sentry Limited ("Sentry"), Fairfield Sigma Limited ("Sigma") and Fairfield Lambda Limited ("Lambda," and together with Sentry and Sigma, the "Debtors") pending before the Commercial Division of the High Court of Justice, British Virgin Islands (the "BVI Court"), through their United States counsel Brown Rudnick LLP, filed their *Motion Seeking (1) Consolidation of Certain Adversary Proceedings, (2)*

*Implementation of a Coordinated Schedule for Those Proceedings, and (3) Entry of a Case Management Order to Govern All Adversary Proceedings and Contested Matters Related to the Debtors' Chapter 15 Cases* (the "Motion") in the above-captioned Chapter 15 cases.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held **Tuesday, October 26, 2010 at 10:00 a.m. (prevailing Eastern time)** or as soon thereafter as counsel can be heard, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004, in the courtroom of The Honorable Burton R. Lifland, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall set forth in writing the basis for such objection and shall be filed with the Court, either (a) by filing electronically in accordance with General Order M-182 (N.B. General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the United States Bankruptcy Court for the Southern District of New York) by registered users of the court's electronic filing system and, by all other parties in interest, on a 3.5" disk (preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format, or (b) by filing a hard copy with the Clerk of the Court, One Bowling Green, New York, NY 10004, and in each instance, with a hard copy delivered directly to Chambers and served on: Brown Rudnick LLP, 7 Times Square, New York, New York 10036 (Attention: David J. Molton), attorneys for the Liquidators; so as to be received on or before **Tuesday, October 12, 2010 at 4:00 p.m. (prevailing Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that if no responses to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: New York, New York
September 23, 2010

>Respectfully submitted,
>
>**BROWN RUDNICK LLP**
>
>By: /s/ David Molton
>   David J. Molton
>   May Orenstein
>   Daniel J. Saval
>   Kerry L. Quinn
>   7 Times Square
>   New York, New York 10036
>   Tel.: (212) 209-4800
>   Fax: (212) 209-4801
>   dmolton@brownrudnick.com
>   morenstein@brownrudnick.com
>   dsaval@brownrudnick.com
>   kquinn@brownrudnick.com
>
>*Counsel for the Foreign Representatives*