**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) <br> ) <br> **Fairfield Sentry Limited, <u>et</u> <u>al.</u>,** ) <br> ) <br> **Debtors in Foreign Proceedings.** ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Chapter 15 Case** <br><br> **Case No. 10-13164 (BRL)** <br><br> **Jointly Administered** <br><br> **Related Adversary Proceedings Listed in Exhibit A to the Motion** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 24th day of September, 2010, I caused to be served true copies of the following documents:

(1)  Motion of Foreign Representatives Seeking (1) Consolidation of Certain Adversary Proceedings; (2) Implementation of A Coordinated Schedule For Those Proceedings And (3) Entry of A Case Management Order To Govern All Adversary Proceedings And Contested Matters Related To These Chapter 15 Cases and;

  (2) Notice of Hearing On Motion of Foreign Representatives Seeking (1) Consolidation of Certain Adversary Proceedings; (2) Implementation of A Coordinated Schedule For Those Proceedings And (3) Entry of A Case Management Order To Govern All Adversary Proceedings And Contested Matters Related To These Chapter 15 Cases.

on the parties listed on the attached service list by first class mail.

                    _/s/ Christopher Michael Lau Kamg_____
                    Christopher Michael Lau Kamg

Sworn to before me this
24th day of September, 2010.

/s/ Vicki A. Goldstein_____
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

AXA ISLE OF MAN A/C L & C
ROYALTY HOUSE
WALPOLE AVENUE
DOUGLAS IM1 2SL
ISLE OF MAN, BRITISH ISLES

BENEFICIAL OWNERS OF THE ACCOUNTS IN THE NAME OF AXA ISLE OF MAN A/C L & C 1-1000
C/O AXA ISLE OF MAN A/C L & C
ROYALTY HOUSE
WALPOLE AVENUE
DOUGLAS IM1 2SL
ISLE OF MAN, BRITISH ISLES

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANCO ITAU EUROPA LUXEMBOURG SA 1-1000
C/O BANCO ITAU EUROPA LUXEMBOURG SA
29 AVENUE PORTE-NEUVE
PO BOX 572
L-2227 LUXEMBOURG
LUXEMBOURG

BANQUE DE COMMERCE ET DE PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1211 GENEVA 3
SWITZERLAND

BANQUE COMMERCE ET DE PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1204 GENEVA 3
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE DE COMMERCE ET DE PLACEMENTS 1-100
C/O BANQUE DE COMMERCE ET DE PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1211 GENEVA 3
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE DE COMMERCE ET DE PLACEMENTS 1-1000
BANQUE DE COMMERCE ET DE PLACEMENTS
1, RUE DE LA FONTAINE
PO BOX 3069
1204 GENEVA 3
SWITZERLAND

BANQUE SUDAMERIS
701 BRICKELL AVENUE, 9TH FLOOR
MIAMI, FL 33131

BANQUE SUDAMERIS
C/O CORPORATE CREATIONS NETWORK INC.
11380 PROPSERITY FARMS ROAD, #221E
PALM BEACH GARDENS, FL 33410

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE SUDAMERIS 1-1000
C/O BANQUE SUDAMERIS
701 BRICKELL AVENUE, 9TH FLOOR
MIAMI, FL 33131

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANQUE SUDAMERIS 1-1000
C/O BANQUE SUDAMERIS
C/O CORPORATE CREATIONS NETWORK INC.
11380 PROPSERITY FARMS ROAD #221E
PALM BEACH GARDENS, FL 33410

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BLUBANK LTD. 1-1000
C/O EFG BANK EUROPEAN FINANCIAL GR SWITZERLAND
24 QUAI SEUJET
CH-1211 GENEVA 2
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BLUBANK LTD. 1-1000
BLUBANK LTD.
SEVENTEEN SHOP BUILDING, FIRST FLOOR
COLLINS AVENUE & FOURTH TERRACE
CENTREVILLE
P.O. BOX N-3732
NASSAU, THE BAHAMAS

BNP PARIBAS LUXEMBOURG SA
SOCIETE ANONYME
SIEGE SOCIAL: 10A BOULEVARD ROYAL
L-2093 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BNP PARIBAS LUXEMBOURG SA 1-1000
C/O BNP PARIBAS LUXEMBOURG SA
SOCIETE ANONYME
SIEGE SOCIAL: 10A BOULEVARD ROYAL
L-2093 LUXEMBOURG
LUXEMBOURG

BNP PARIBAS SECURITIES SERVICES LUXEMBOURG
33, RUE DE GASPERICH
HOWALD HESPERANGE
2085 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BNP PARIBAS SECURITIES SERVICES LUXEMBOURG 1-1000
C/O BNP PARIBAS SECURITIES SERVICES LUXEMBOURG
33, RUE DE GASPERICH
HOWALD HESPERANGE
2085 LUXEMBOURG
LUXEMBOURG

BROWN BROTHERS HARRIMAN & CO
140 BROADWAY 16TH FLOOR
NEW YORK, NY 10005-1101

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BROWN BROTHERS HARRIMAN & CO 1-1000
C/O BROWN BROTHERS HARRIMAN & CO
140 BROADWAY 16TH FLOOR
NEW YORK, NY 10005-1101

CACEIS BANK LUXEMBOURG
5 ALLEE SCHEFFER
L-2520 LUXEMBOURG
LUXEMBOURG

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CACEIS BANK LUXEMBOURG 1-1000
C/O CACEIS BANK LUXEMBOURG
5 ALLEE SCHEFFER
L-2520 LUXEMBOURG
LUXEMBOURG

CDC IXIS
16-18 RUE BERTHOLLET
94110 ARCEUIL
FRANCE

CDC IXIS
7, PL DES 5 MARTYRS DU LYCEE BUFFON
F-75507 PARIS CEDEX 15
FRANCE

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CDC IXIS 1-1000
C/O CDC IXIS
16-18 RUE BERTHOLLET
94110 ARCEUIL
FRANCE

BENEFICIAL OWNERS OF THE ACOUNTS HELD IN THE NAME OF CDC IXIS 1-1000
C/O CDC IXIS
7, PL DES 5 MARTYRS DUE LYCEE BUFFON
F-75507 PARIS CEDEX 15
FRANCE

CITIBANK (SWITZERLAND) ZURICH
3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR
SINGAPORE 486026
SINGAPORE

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK (SWITZERLAND) ZURICH 1-1000
C/O CITIBANK (SWITZERLAND) ZURICH
3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR
SINGAPORE 486026
SINGAPORE

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK (SWITZERLAND) AG
C/O CITIBANK (SWITZERLAND) AG
BLEICHER WEG 5
POSTFACH
CH – 8022 ZURICH

CITIBANK NA LONDON
CITIGROUP CENTRE
CANADA SQUARE
CANARY WHARF
LONDON E14 5LB

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CITIBANK NA LONDON 1-1000
C/O CITIBANK NA LONDON
CITIGROUP CENTRE
CANADA SQUARE
CANARY WHARF
LONDON E14 5LB

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DELTA NATIONAL
BANK AND TRUST CO. 1-1000
C/O DELTA NATIONAL BANK AND TRUST CO
650 FIFTH AVENUE
26TH FLOOR
NEW YORK, NY 10019

DEUTSCHE BANK (CAYMAN)
PO BOX 1984GT
KY1 1104
GEORGE TOWN, GRAND CAYMAN
CAYMAN ISLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DEUTSCHE BANK
(CAYMAN) 1-1000
C/O DEUTSCHE BANK (CAYMAN)
PO BOX 1984GT
KY1 1104
GEORGE TOWN, GRAND CAYMAN
CAYMAN ISLANDS

DEUTSCHE BANK (SUISSE) SA GENEVE
3 PLACE DES BERGUES
PO BOX 1416
CH-1211 GENEVA 1
SWITZERLAND

DEUTSCHE BANK (SUISSE) SA GENEVE
RUE DU PUITS-SAINT-PIERRE 4
CP 3597
CH – 1211 GENEVE 3

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DEUTSCHE BANK
(SUISSE) SA GENEVE 1-1000
C/O DEUTSCHE BANK (SUISSE) SA GENEVE
3 PLACE DES BERGUES
PO BOX 1416
CH-1211 GENEVA 1
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DEUTSCHE BANK
(SUISSE) SA GENEVE 1-1000
C/O DEUTSCHE BANK (SUISSE) SA GENEVE
RUE DU PUITS-SAINT-PIERRE 4
CP 3597
CH – 1211 GENEVE 3

DEUTSCHE BANK AG SINGAPORE
PRIVATE BANKING DEPARTMENT
8 SHENTON WAY # 47-01
SINGAPORE 068811

DEUTSCHE BANK AG SINGAPORE
ASIA PACIFIC HEAD OFFICE
ONE RAFFLES QUAY
SOUTH TOWER LEVEL 17
SINGAPORE 048583

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DEUTSCHE BANK AG
SINGAPORE 1-1000
C/O DEUTSCHE BANK AG SINGAPORE
PRIVATE BANKING DEPARTMENT
8 SHENTON WAY # 47-01
SINGAPORE 068811

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DEUTSCHE BANK AG
SINGAPORE 1-1000
C/O DEUTSCHE BANK AG SINGAPORE
ASIA PACIFIC HEAD OFFICE
ONE RAFFLES QUAY
SOUTH TOWER LEVEL 17
SINGAPORE 048583

DEUTSCHE BANK TRUST COMPANY
AMERICA
280 PARK AVENUE, 22 WEST
NEW YORK, NY 10017

DEUTSCHE BANK TRUST COMPANY AMERICA
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DEUTSCHE BANK
TRUST COMPANY AMERICA 1-1000
C/O DEUTSCHE BANK TRUST COMPANY
AMERICA
280 PARK AVENUE, 22 WEST
NEW YORK, NY 10017

BENEFICIAL OWENRS OF THE ACCOUNTS
HELD IN THE NAME OF DEUTSCHE BANK
TRUST COMPANY AMERICA 1-1000
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

DRESDNER BANK LATEINAMERIKA AG
POSTFACH 301246
HAMBURG 20354
GERMANY

DRESDNER BANK LATEINAMERIKA AG
NEUER JUNGFERNSTIEG 16
HAMBURG 20354
GERMANY

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DRESDNER BANK
LATEINAMERIKA AG 1-1000
C/O DRESDNER BANK LATEINAMERIKA AG
POSTFACH 301246
HAMBURG 20354
GERMANY

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF DRESDNER BANK
LATEINAMERIKA AG 1-1000
C/O DRESDNER BANK LATEINAMERIKA AG
NEUER JUNGFERNSTIEG 16
HAMBURG 20354
GERMANY

EFG BANK
24 QUAI DU SEUJET
CP 2391 1211 GENEVE 2
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN TH ENAME OF EFG BANK 1-1000
C/O EFG BANK
24 QUAI DU SEUJET
CP 2391 1211 GENEVE 2
SWITZERLAND

FIDULEX MANAGEMENT
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FIDULEX
MANAGEMENT 1-1000
FIDULEX MANAGEMENT
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FORTIS (ISLE OF MAN( NOMINEES LTD
18-20 NORTH QUAY
DOUGLAS IM99 1NR
ISLE OF MAN

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FORTIS (ISLE OF MAN)
NOMINEES LTD 1-1000
C/O FORTIS (ISLE OF MAN( NOMINEES LTD
18-20 NORTH QUAY
DOUGLAS IM99 1NR
ISLE OF MAN

FS/ANDBANC ANDORRA
C/O EUROCLEAR BANK – FUNDSETTLE
TEAM
2ND FLOOR
1 BOULEVARD DU ROI ALBERT II
B-1210 BRUSSELS
BELGIUM

FS/ANDBANC ANDORRA
HEAD OFFICE
C/MANUEL CERQUEDA I ESCALER, 6
AD700 ESCALDES-ENGORDANY, ANDORRA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FS/ANDBANC
ANDORRA 1-1000
C/O FS/ANDBANC ANDORRA
C/O EUROCLEAR BANK – FUNDSETTLE
TEAM
2ND FLOOR
1 BOULEVARD DU ROI ALBERT II
B-1210 BRUSSELS
BELGIUM

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FS/ANDBANC
ANDORRA 1-1000
C/O FS/ANDBANC ANDORRA
HEAD OFFICE
C/MANUEL CERQUEDA I ESCALER, 6
AD700 ESCALDES-ENGORDANY, ANDORRA

FS/CBESSA
C/O EUROCLEAR BANK SA/NV
BOULEVARD DU ROI ALBERT II 1
1210 BRUSSELS
BELGIUM

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FS/CBESSA 1-1000
C/O FS/CBESSA
C/O EUROCLEAR BANK SA/NV
BOULEVARD DU ROI ALBERT II 1
1210 BRUSSELS
BELGIUM

FS/HSBC PRIVATE BANKING NOM
C/O EUROCLEAR BANK SA/NV
1 BOULEVARD DU ROI ALBERT II
1210 BRUSSELS
BELGIUM

FS/HSBC PRIVATE BANKING NOM
BOULEVARD ROYAL 32
LUXEMBOURG, 2449

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FS/HSBC PRIVATE
BANING NOM 1-1000
C/O FS/HSBC PRIVATE BANKING NOM
C/O EUROCLEAR BANK SA/NV
1 BOULEVARD DU ROI ALBERT II
1210 BRUSSELS
BELGIUM

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF FS/HSBC PRIVATE
BANKING NOM 1-1000
C/O FS/HSBC PRIVATE BANKING NOM
BOULEVARD ROYAL 32
LUXEMBOURG, 2449

HSBC PRIVATE BANK (GUERNSEY) LTD
PARK PLACE
PARK STREET
ST PETER PORT
GUERNSEY GY 1 1EE
CHANNEL ISLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF HSBC PRIVATE BANK
(GUERNSEY) LTD 1-1000
C/O HSBC PRIVATE BANK (GUERNSEY) LTD
PARK PLACE
PARK STREET
ST PETER PORT
GUERNSEY GY 1 1EE
CHANNEL ISLANDS

HSBC PRIVATE BANK (SUISSE) SA
2 QUAI GENERAL GUISAN
P.O. BOX 3580
CH-1211 GENEVA
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF HSBC PRIVATE BANK
(SUISSE) SA 1-1000
C/O HSBC PRIVATE BANK (SUISSE) SA
2 QUAI GENERAL GUISAN
P.O. BOX 3580
CH-1211 GENEVA
SWITZERLAND

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA
40 AVENUE MONTEREY
L 2163 LUXEMBOURG

ING BANK (SUISSE) SA
30 AVENUE DE FRONTENEX CP 6405
CH1211 GENEVE 6
SWITZERLAND

ING BANK (SUISSE) SA
AVENUE DE FRONTENEX
30 1207 GENEVE

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ING BANK (SUISSE) SA
1-1000
C/O ING BANK (SUISSE) SA
30 AVENUE DE FRONTENEX CP 6405
CH1211 GENEVE 6
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ING BANK (SUISSE)
SA 1-1000
C/O ING BANK (SUISSE) SA
AVENUE DE FRONTENEX
30 1207 GENEVE

JP MORGAN TRUST COMPANY (CAYMAN)
ONE AMERICAN LANE
FLOOR ONE
GREENWICH, CT 06831-2560

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF JP MORGAN TRUST
COMPANY (CAYMAN) 1-1000
C/O JP MORGAN TRUST COMPANY
(CAYMAN)
ONE AMERICAN LANE
FLOOR ONE
GREENWICH, CT 06831-2560

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF KOOKMIN BANK 1-
1000
KOOKMIN BANK
6TH FLOOR DAEWOO SECURITIES BLDG
4-3 YOIDO-DONG YOUNGDEUNGPO-GU
SEOUL 150-716
SOUTH KOREA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF KOOKMIN BANK 1-
1000
C/O KOOKMIN BANK
9-1, NAMDAEMUNNO 2-GA, CHUNG-GU
SEOUL 100-703
SOUTH KOREA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF LOMBARD ODIER
DARIER HENTSCH & CIE 1-1000
C/O LOMBARD ODIER DARIER HENTSCH &
CIE
11 RUE DE LA CORRATERIE
CASE POSTALE 1211 GENEVA 11
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF LOMBARD ODIER
DARIER HENTSCH & CIE 1-1000
C/O LOMBARD ODIER DARIER HENTSCH &
CIE
RUE DE LA CORRATERIE 11
1204 GENEVA
SWITZERLAND

MICHAEL D. SCHISSEL
ARNOLD & PORTER LLP
399 PARK AVENUE
NEW YORK, NY 10022
Attorneys for Merrill Lynch Bank (Suisse) SA
Attorneys for Zurich Capital Markets Company

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF MERRILL LYNCH
BANK (SUISSE) SA 1-1000
C/O MERRILL LYNCH BANK (SUISSE) SA
18 RUE DES CONTAMINES
CH-1211 GENEVA 3
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF MERRILL LYNCH BANK
(SUISSE) SA 1-1000
C/O MERRILL LYNCH BANK (SUISSE) SA
13, ROUTE DE FLORISSANT
P.O. BOX 3070
CH-1211 GENEVE 3

MONTE PASCHI IRELAND LTD
AIB INTERNATIONAL CENTRE IFSC
DUBLIN D1
IRELAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF MONTE PASCHI
IRELAND LTD
MONTE PASCHI IRELAND LTD
AIB INTERNATIONAL CENTRE IFSC
DUBLIN D1
IRELAND

NOMURA INTERNATIONAL PLC
NOMURA HOUSE
1 ST MARTINS LE GRAND
EC1A 4NP LONDON
UK

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF NOMURA
INTERNATIONAL PLC 1-1000
C/O NOMURA INTERNATIONAL PLC
NOMURA HOUSE
1 ST MARTINS LE GRAND
EC1A 4NP LONDON
UK

PICTET & CIE
ROUTE DES ACACIAS 60
1211 GENEVE 73
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF PICTET & CIE 1-1000
C/O PICTET & CIE
ROUTE DES ACACIAS 60
1211 GENEVE 73
SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ROBINSON & CO 1-
1000
C/O ROBINSON & CO
THE BANK OF BERMUDA LTD
PO BOX HM 1020
6 FRONT STREET
HM 11 HAMILTON
BERMUDA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF SNS GLOBAL
CUSTODY 1-1000
C/O SNS GLOBAL CUSTODY
PETTELAARPARK 120
POSTBUS 70053
5201 DZ'S HERTOGENBOSCH
THE NETHERLANDS

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF STATE STREET BANK
LUXEMBOURG SA 1-1000
C/O STATE STREET BANK LUXEMBOURG SA
49 AVENUE JF KENNEDY
L1855 LUXEMBOURG
LUXEMBOURG

UBS AG NEW YORK
101 PARK AVENUE
NEW YORK, NY 10178

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF UBS AG NEW YORK
1-1000
C/O UBS AG NEW YORK
101 PARK AVENUE
NEW YORK, NY 10178

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF UBS CAYMAN REF
GREENLAKE ARBITRAGE 1-1000
C/O UBS (CAYMAN) LIMITED
UBS HOUSE
P.O. BOX 852 GT
227 ELGIN AVENUE
GRAND CAYMAN
CAYMAN ISLANDS

WALL STREET SECURITIES SA
TORRE BANCO CONTINENTAL
PISO 10 CALLE 50
AQUILINO DE LA GUARDIA
PANAMA CITY, PANAMA

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF WALL STREET
SECURITIES SA 1-1000
C/O WALL STREET SECURITIES SA
TORRE BANCO CONTINENTAL
PISO 10 CALLE 50
AQUILINO DE LA GUARDIA
PANAMA CITY, PANAMA

ZURICH CAPITAL MARKETS COMPANY
LA TOUCHE HOUSE 3RD FLOOR, IFSC
DUBLIN 1
IRELAND

BANCO ITAU EUROPA LUXEMBOURG
29 AVENUE DE LA PORTE-NEUVE
L-2227
LUXEMBOURG

BANK MORGAN STANLEY AG GENEVA
BANQUE MORGAN STANLEY SA
12 PLACE DE LA FUSTERIE
CH-1211 GENEVA, SWITZERLAND

BANK MORGAN STANLEY AG ZURICH
BANK MORGAN STANLEY AG
BAHNHOFSTRASSE 92
CH-8021
ZURICH, SWITZERLAND

BANQUE MORGAN STANLEY SA
12 PLACE DE LA FUSTERIE
CH-1211 GENEVA, SWITZERLAND

BANQUE SUDAMERIS
701 BRICKELL AVENUE
BARNET TOWNER, 9TH FLOOR
MIAMI, FL 33131

CAPRICE INTERNATIONAL GROUP
1395 BRICKWELL AVENUE
MIAMI, FL 33131

CAPRICE INTERNATIONAL GROUP
1000 BRICKELL AVENUE, SUITE 215
MIAMI, FL 33131

CITIBANK (SWITZERLAND) ZURICH
BLEICHER WEG 10
8002 ZURICH, SWITZERLAND

CITIGROUP
CITIGROUP CENTRE
33 CANADA SQUARE
CANARY WHARG
LONDON E14 5LB
UNITED KINGDOM

CITIVIC NOMINEES LIMITED
PO BOX 18055
5 CARMELITE STREET
LONDON EC4Y OPA

COMPAGNE BANCAIRE ESPIRITO SANTO SA
15 AVENUE DE MOHICHOISI
CASE POSTALE 390
1001 LOUSANNE, SUISSE
SWITZERLAND

DESERT ROSE LIMITED
250 W 39TH STREET, 8TH AVENUE
NEW YORK, NY 10018

EFG PRIVATE BANK SA
QUAI DU SEUJET 24
P.O. BOX 2391
1211 GENEVA 2
SWITZERLAND

HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018

MERRILL LYNCH BANK
13 ROUTE DE FLORISSANT
GENEVA CH-1211
SWITZERLAND

MORGAN STANLEY & CO. INTERNATIONAL
PLC
LONDON, ZURICH BRANCH
BAHNHOFSTRASSE 92
CH-8021
ZURICH, SWITZERLAND

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ZURICH CAPITAL
MARKETS COMPANY 1-1000
C/O ZURICH CAPITAL MARKETS COMPANY
LA TOUCHE HOUSE 3RD FLOOR, IFSC
DUBLIN 1
IRELAND

GEORGE M. CHALOS
CHALOS & CO P.C.
123 SOUTH ST.
OYSTER BAY, NY 11711
Attorneys for AL NAYHAN MANSOUR B ZAYED

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF AL NAHYAN
MANSOUR B ZAYED 1-1000
C/O AL NAHYAN MANSOUR B SAYED
PO BOX 6316
ABU DHABI
UNITED ARAB EMIRATES

ALMEL LTD / PACIFIC INTER
PACIFIC INTERNATIONAL SERVICES INC
65 EAST 55TH STREET
NEW YORK, NY 10022

BENEFICIAL OWNERS OF THE ACCOUNTS
HELD IN THE NAME OF ALMEL LTD / PACIFIC
INTER
C/O ALMEL LTD / PACIFIC INTER
PACIFIC INTERNATIONAL SERVICES INC
65 EAST 55TH STREET
NEW YORK, NY 10022

WILLIAM J. SUSHON
SHIVA ETEKHAN
O'MELVENY & MEYERS LLP
7 TIMES SQUARE
NEW YORK, NY 10036
ATTORNEYS FOR CREDIT SUISSE (BAHAMAS)

| | | |
|---|---|---|
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CREDIT SUISSE (BAHAMAS) 1-1000<br>C/O CREDIT SUISSE (BAHAMAS)<br>BAHAMAS FINANCIAL CENTER, 4TH FL<br>SHIRLEY & CHARLOTTE STREETS<br>PO BOX n-4928<br>NASSAU<br>BAHAMAS | NORTHERN NAVIGATION AMERICA INC.<br>OIVIND LORENTZEN<br>ONE STAMFORD LANDING<br>62 SOUTHFIELD AVE STE 212<br>STAMFORD, CT 06902 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF NORTHERN NAVIGATION AMERICA INC 1-1000<br>C/O NORTHERN NAVIGATION AMERICA INC.<br>OIVIND LORENTZEN<br>ONE STAMFORD LANDING<br>62 SOUTHFIELD AVE STE 212<br>STAMFORD, CT 06902 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF SG PRIVATE BANKING (SUISSE) SA 1-1000<br>C/O SG PRIVATE BANKING (SUISSE) SA<br>PO BOX 220<br>AVENUE DE RUMINE 20<br>CH-1001 LAUSANNE<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF SG PRIVATE BANKING (SUISSE) SA 1-1000<br>RUE DE LA CORRATERIE 6<br>CASE POSTALE 5022<br>1211 GENEVE 11 – SWITZERLAND GE 1211 CH | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF SG PRIVATE BANING (SUISSE) SA 1-1000<br>C/O CORPORATION COMPANY OF MIAMI<br>201 S. BIXCAYNE BLVD., SUITE 1500 (BB)<br>MIAMI, FL 33131 |
| BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANCO ATLANTICO (BAHAMAS) 1-1000<br>C/O BANCO ATLANTICO (BAHAMAS) and FT CONSULTANTS LTD<br>PO BOX N-3932<br>NASSAU<br>BAHAMAS | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANCO ATLANTICO (BAHAMAS) 1-1000<br>BANCO ATLANTICO (BAHAMAS)<br>PO BOX SS-6289<br>EAST BAY STREET<br>NASSAU, BAHAMAS | STRINA LUISA AND GRAZIELA STRINA<br>LUISA M STRINA<br>AV HIGIENOPOLIS 349-5<br>SAO PAULO 01238-001<br>BRAZIL |
| STRINA LUISA AND GRAZIELA STRINA<br>GALERIA LUISA STRINA<br>RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR<br>J01426-000 SÃO PAULO/SP, BRAZIL | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF STRINA LUISA AND GRAZIELA STRINA 1-1000<br>C/O STRINA LUISA AND GRAZIELA STRINA<br>LUISA M STRINA<br>AV HIGIENOPOLIS 349-5<br>SAO PAULO 01238-001<br>BRAZIL | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF STRINA LUISA AND GRAZIELA STRINA 1-1000<br>C/O STRINA LUISA AND GRAZIELA STRINA<br>GALERIA LUISA STRINA<br>RUA OSCAR FREIRE 502, CERQUEIRA CÉSAR<br>J01426-000 SÃO PAULO/SP, BRAZIL |
| STEFAN MALLENBAUM, ESQ.<br>GREENBERG TRAURIG LLP<br>METLIFE BUILDING<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>ATTORNEYS FOR EFG GIBRALTAR AND EFG GROUP | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF BANCO ATLANTICO GIBRALTAR 1-1000<br>C/O BANCO ATLANTICO GIBRALTAR<br>1 CORRAL ROAD<br>PO BOX 561<br>PMB 6314 GIBRALTAR<br>GIBRALTAR | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF EUROPEAN FINANCIAL GROUP EFG SA<br>C/O EUROPEAN FINANCIAL GROUP EFG SA<br>RUE DU PUITS-SAINT-PIERRE 4<br>CP 3597<br>CH – 1211 GENEVE 3 |
| JOHN J. LYNCH<br>PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>ATTORNEYS FOR DEFENDANT CREDITO PRIVATO COMMERCIALE SA | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CREDITO PRIVATO COMMERCIALE SA 1-1000<br>C/O CREDITO PRIVATO COMMERCIALE SA<br>VIA ZURIGO 46<br>CH-6904 LUGANO<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF CREDITO PRIVATO COMMERCIALE SA 1-1000<br>CREDITO PRIVATO COMMERCIALE SA<br>VIA ZURIGO 46<br>CH-6900 LUGANO<br>SWITZERLAND |
| MICHAEL E. WILES<br>DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>ATTORNEYS FOR DEFENDANT FIBI BANK (SWITZERLAND) | BENEFICIAL OWENRS OF THE ACCOUNTS HELD IN THE NAME OF FIBI BANK (SWITZERLAND) 1-1000<br>C/O FIBI BANK (SWITZERLAND)<br>SEESTRASSE 61<br>POSTFACH<br>CH-8027 ZURICH<br>SWITZERLAND | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF FIBI BANK (SWITZERLAND) 1-1000<br>C/O FIBI BANK (SWITZERLAND)<br>BLEICHER WEG 5<br>POSTFACH<br>CH – 8022 ZURICH |
| WESTERN SECURITIES LIMITED<br>PO BOX 310370<br>MIAMI, FL 33231-0370 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF WESTON SECURITIES LIITED 1-1000<br>C/O WESTERN SECURITIES LIMITED<br>PO BOX 310370<br>MIAMI, FL 33231-0370 | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED 1-1000<br>C/O ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED<br>C/O BNP PARIBAS SECURITY CORP.<br>787 SEVENTH AVENUE, 3RD FLOOR<br>NEW YORK, NY 10019 |
| JOHN F. ZULACK<br>ELIZABETH O'CONNOR<br>FLEMMING ZULACK WILLIAMSON & ZAUDERER LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NEW YORK 10006<br>Attorneys for Hambros Guernsey Nominees Ltd, SG Hambros Nominees Jersey, SG Hambros Bank Channel Islands | HAMBROS GUERNSEY NOMINEES<br>C/O SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS | SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED – GUERNSEY BRANCH<br>P.O. BOX 6 HAMBRO HOUSE<br>ST. JULIAN'S AVENUE, ST. PETER PORT<br>GUERNSEY, CHANNEL ISLANDS | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF HAMBROS GUERNSEY NOMINEES 1-1000<br>C/O SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS | BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF SG HAMBROS NOMINEES (JERSEY) 1-1000<br>C/O SG HAMBROS NOMINEES (JERSEY)<br>13 BROAD STREET, ST HELIER, PO BOX 78<br>JERSEY-JE4 8PR<br>GUERNSEY, CHANNEL ISLANDS |

BENEFICIAL OWNERS OF THE ACCOUNTS HELD IN THE NAME OF SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED – GUERNSEY 1-1000
SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED – GUERNSEY BRANCH
P.O. BOX 6 HAMBRO HOUSE
ST. JULIAN'S AVENUE, ST. PETER PORT
GUERNSEY, CHANNEL ISLANDS

8270852

ABN Amro Schweiz AG
CGC NV
Beethovenstrasse 33
8002- Zurich
Switzerland

Adler and Co Privatbank AG
CGC NV
Claridenstrasse 22
CH-8022 Zurich
Switzerland

Allianzbank SPA/Unifortune Conservative Side Pocket
CGC NV/CGC NV
Via Donizetti 53
Milan 20128
Italy

Alternative Investment Strategies
CGC NV
C/O Absolute Performance Ltd
Bamboo Gate
11 Harbour Road
Paget PG 03
Bermuda

Arsenal SPC
CGC NV
Corporate Centre West Bay Road
PO Box 31106 SMB
Grand Cayman
Cayman Islands

Arsenal SPC Obo Glasgow Seg Port
CGC NV
Rue de la Croix 19
1203 Geneva
Switzerland

Banca Arner SA
CGC NV
Piazza Manzoni 8
6901 Lugano
Switzerland

Bank Hapoalim Switzerland Ltd
CGC NV
Stockerstrasse 33
CH-8027 Zurich
Switzerland

Bank Julius Baer and Co Cash
CGC NV
Hohlstrasse 602
CH-8010 Zurich
Switzerland

Bank Sarasin & Cie
CGC NV
Elizabethenstrasse 62
CH-4002 Basel
Switzerland

Banque Cantonale Vaudoise
CGC NV
Place St Francois 14
CH-1001 Lausanne
Switzerland

Banque Cramer & Cie SA Ex BPG
CGC NV
20-22 Avenue de Miremont
PO Box 403
CH-1211 Geneva 12
Switzerland

Banque Safdie SA
CGC NV Ref Banque Safdie
1 Rue de la Tour de L'Ile
Case Postale 5415
1211 11 Geneva
Switzerland

Barclay's Bank Plc Singapore Wealth
CGC NV Ref Barclays Singapore Wealth
Level 28 One Raffles Quay
South Tower
Singapore 048583
Singapore

BBH Lux Fairfield Guardian II
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

BBH Lux Ref Fairfield Grn 6200448
CGC NV  Ref BBH Lux
BBH Lux
33 Boulevard Prince Henri BP 403
Luxembourg L 2014
Luxembourg

BBVA (Suisse) SA
CGC NV
PO Box 3930
Zeltweg 63
8021-Zurich
Switzerland

BCV Amc Defensive Alt Fund CHF
CGC NV
Place St Francois
CH-1001 Lausanne
Switzerland

BNP Paribas (Suisse) SA
CGC NV
2 Place de Hollande
Case Postale
CH-1211 Geneva
Switzerland

BNP Paribas (Suisse) SA Private
CGC NV
2 Place de Hollande Case Postale
CH-1211 Geneva
Switzerland

BSI AG
CGC NV
Via Peri 23
CH-6901 Lugano
Switzerland

BSI Ex Banca del Gottardo
CGC NV
Viale S Franscini 8
CH-6900 Lugano
Switzerland

Caceis Bank Luxembourg
CGC NV Cail CFM
5 Allee Scheffer
Luxembourg L -2520
Luxembourg

Brian Dunefsky
Withers Bergman LLP
430 Park Avenue
New York, New York 10022
Attorneys for Centrum Bank AG

CBH - Compagnie Bancaire Helvetique
CGC NV
Route de Chancy 6B
Case Postale 64
CH-1211 Geneva 8
Switzerland

Centrum Bank AG (Ams)
CGC NV
Kirchstrasse 3
Postfach 1168
Vaduz FL 9490
Liechtenstein

Citco Global Custody (NA) NV
CGC NV/Fidulex Managament Inc
Schottegatweg Oost 44
PO Box 707
Willemstad
Curacao
Netherlands Antilles

Clariden Leu Ltd  
CGC NV  
Bahhofstrasse 32  
PO Box  
CH-8070 Zurich  
Switzerland

Corner Banca SA  
CGC NV  
Via Canova 16  
CH-6901 Lugano  
Switzerland

Credit Suisse AG Zurich  
CGC NV  
PO Box 300  
Uetlibergstrasse 231  
CH-8070 Zurich  
Switzerland

Dorothy Heyl  
Milbank, Tweed, Hadley &  
McCloy LLP  
One Chase Manhattan Plaza  
New York, NY 10005-1413  
Attorneys for Dresdner Bank Schweiz,  
LG Bank in Liechtenstein AG

Dexia Banque International A Luxembourg  
CGC NV  
69 Route D'Esch  
Luxembourg L-2953  
Luxembourg

Dresdner Bank Schweiz  
CGC NV  
LGT Bank In Liechtenstein AG ex DBS  
Herrengasse 12  
Vaduz FL-9490  
Liechtenstein

EFG Bank SA Switzerland  
CGC NV - Reinvest  
24 Quai du Seujet  
CH-1211 Geneva 2  
Switzerland

EFG Eurofinancier D'Invest MCL  
CGC NV Ref EFG MC  
Villa les Aigles  
15 Avenue D'Ostenede  
Monaco MC 9800

Endurance Absolute Ltd Master  
CGC NV  
C/O Argyle Investment Advisors  
Iveagh Ltd  
21 Queen Anne's Gate  
London SW1H 9BU  
UK

Fairfield Lambda  
CGC NV  
Governor's Square  
Building 6 2nd Floor  
23 Lime Tree Bay Avenue  
Grand Cayman KY1 1205  
Cayman Islands

Falcon Private Bank Ltd  
CBC A/C 299920/CGC NV  
Pelikanstrasse 37  
PO Box 1376  
CH-8021 Zurich  
Switzerland

FCL IFP Global Diversified Cls  
CGC NV  
C/O Fortune Asset Management Ltd  
10 Exchange Street  
Primrose Street  
London EC2A 2BY  
UK

Eric Fishman  
Pillsbury  
1540 Broadway  
New York, NY 10036-4039  
Attorneys for Falcon Private Bank, Incore Bank AG

Charles C. Platt  
WilmerHale  
399 Park Avenue  
New York, NY 10022 USA  
Attorneys for Finter Bank Zurich,  
Bank Sarasin & Cie AG, Banca Scizzera Italiana (BSI),  
BSI Ex Banca Del Gottardo, IHAG Handelsbank, Corner  
Banca SA, PKB Privatbank AG

Finter Bank Zurich  
CGC NV  
Corso S Gottardo 35  
CH-6830 Chiasso  
Switzerland

Harmony Capital Fund Ltd  
CGC NV Ref Harmony Capital  
C/O Jason Capital Partners LLP  
28 Grosvenor Street  
London W1K 4QR  
UK

IHAG Handelsbank AG  
CGC NV  
Bleicherweg 18  
8022- Zurich  
Switzerland

Incore Bank AG  
CGC NV  
Dreikoenigstr 8  
CH-8022 Zurich  
Switzerland

JP Morgan (Suisse) SA  
CGC NV JPMS  
PO Box 5160  
Rue de la Confederation 8  
CH-1211 Geneva 11  
Switzerland

LGT Bank In Liechtenstein AG ex DBS  
CGC NV Ref Dresdner Schweiz TF  
LGT Bank In Liechtenstein AG  
Herrengasse 12  
Vaduz FL 9490  
Liechtenstein

Jascha D. Preuss  
Reiss + Preuss LLP  
1350 Avenue of the Americas, Suite 2900  
New York, NY 10019  
Attorneys for Liechtensteinische Landesbank  
Aktiengesellschaft

Liechtensteinische LB Reinvest Ams  
CGC NV  
Liechtensteinische Landesbank AG  
Staedtle 44  
Vaduz FL-94940  
Liechtenstein

Llyods TSB Bank Geneva  
CGC NV  
Place Bel-Air 1  
CH-1211 Geneva 2  
Switzerland

Lombard Odier Darier Hentsch & Cie  
CGC NV  
Rue de la Corraterie 11  
1204 Geneva  
Switzerland

Master Capital and Hedge Fund  
CGC NV  
C/O Citco Fund Services Europe BV  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands

NBK Banqe Privee Suisse SA  
CGC NV Ref Nat Bank of Kuwait  
Quai du Mont Blanc 21  
PO Box 1923  
Geneva 1  
Switzerland

Pictet & Cie Banquiers  
CGC NV/CGC NV Ref Pictet  
Route des Acacias 60  
1211 Geneva 73  
Switzerland

PKB Privatbank AG  
CGC NV  
Via Balestra 1  
CH-6901 Lugano  
Switzerland

Private Space Ltd  
CGC NV  
7 Rue du Gabian  
MC 98000 Monaco  
Monaco

RBC Dexia Inv Ser Julius Baer SICAV  
CBC A/C 299920 Dex  
Dexia Fund Services  
69 Route D'Esch  
Luxembourg L-2953  
Luxembourg

RBS Coutts Bank Ltd
CGC NV
PO Box 2200
Stauffacherstrasse 1
CH-8022 Zurich
Switzerland

Rothschild Bank AG Zurich (Dub)
CGC NV
Zollikerstrasse 181
CH-8034 Zurich
Switzerland

Rothschild Bank Geneva (Dublin)
CGC NV
Banca Privee Edmond de Rothschild
18 rue de Hesse
CH-1204 Geneva
Switzerland

Rothschild Lugano Du
CGC NV
Banca Privee Edmond de Rothschild Lugano SA
Via Ginevra 2
CH-6900 Lugano
Switzerland

Sella Bank AG
CGC NV
Corso Elvezia 9
CH-6900 Lugano
Switzerland

SIS Seganintersettle
CGC NV
Baslerstrasse 100
CH-4601 Olten
Switzerland

Societe Generale Bank & Trust
CGC NV
11-13 Avenue Emile Reuter
Luxembourg L-2420
Luxembourg

Springer Fund of Funds Ltd
Fidulex Management Ltd
C/O Union Bancaire Privee Asset Mgt
PO Box HM 3399
Hamilton HM11
Bermuda

Swisscanto Fd Centre Clients
CGC NV
4th Floor 51 Moorgate
London EC2R 6BH
UK

Julian W. Friedman
Stillman, Friedman & Shectman, PC
425 Park Avenue
New York, NY 10022
Attorneys for Springer Fund of Funds Ltd

T1 Global Fund Ltd
CGC NV
C/O Trust and Gain Asset Management
Corso San Gottardo 46
6830 Chiasso
Switzerland

Teorema Alternative Strategies
CGC NV
PO Box 31106 SMB
Corporate Centre West Bay Road
Grand Cayman
Cayman Island

UBS AG Zurich
CGC NV/CGC NV
Ref UBS Zurich/CBC A/C 299920
UBS Wealth Management
Badenerstrasse 574/C
CH-8098 Zurich
Switzerland

UBS Jersey Nominees
CGC NV/CGC NV - UBS Jersey
PO Box 350
24 Union Street
St Helier JE4 8UJ
Jersey

Verwaltungs und Privat-Bank AG Aktiengesellschaft (Ams)
CGC NV
Im Zentrum
Vaduz FL-9490
Liechtenstein

Vorarlberger Landes Und Hypothekenbank Akiengesellscharft
CGC NV
Hypo-Passage 1
Bregenz 6900
Austria

Alexander T. Korn
Fried Frank
One New York Plaza
New York, New York 10004
Attorneys for Verwaltungs Und Privat-Bank AG

Stephen M. Harnik
Harnik & Finkelstein LLP
645 Fifth Avenue
New York, NY 10022
Attorneys for Vorarlberger Landes –
und Hypothekenbank

Citco Bank & Trust / HSBC
Citco Global Custody (NA) NV
Windward 1, 2nd Floor,
Regatta Office Park
West Bay Road
PO BOX 31105 SMB
Geaorge Town KY1-1205
Grand Cayman

Citco Bank Netherlands
Citco Global Custody (NA) NV ref Bank Julius Baer & Co.
2600 Cork Airport Business Park
Cork Ireland

Shawn J. Rabin
Susman Godfrey LLP
654 Madison Ave., 5th Floor
New York, NY 10065-8404
Attorneys for Karla Multistrategies Ltd,
Soundview Fund, Richourt AAA Multistrategies

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Attorneys for KBC Investments Ltd.

UBS AG New York Branch as Agent
Citco Global Custody (NA) NV FBO UBS New York Branch as Agent
101 Park Avenue 14th Floor
New York NY 10178

KBC Investments LTD
Citco Global Custody (NA) NV
as custodian for KBC inv ref karasel ENH
140 East 45th Str 42nd Floor
New York NY 10017

CBT Gems Low Vol Reg
Citco Global Custody (NA) NV
One Montague Place 1st Floor
East Bay Street
PO BOX N-4906
Nassau
Bahamas

Richourt AAA Multistrategies
Citco Global Custody (NA) NV
Telstone 8 Teleport
1043 BW Amsterdam
The Netherlands

Citco Trustees Cayman Ltd AS
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Banca Unione di Credito
CGC NV - Cash
Piazza Dante 7
CH-6901 Lugano
Switzerland

FIF Advanced Ltd
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Karla Multistrategies Ltd
Citco Global Custody (NA) NV ref Karla Mutllistrategies
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Norris D. Wolf
Kleinberg, Kaplan, Wolf & Cohen PC
551 Fifth Avenue, 18th Fl
New York, NY 10176
Attorneys for Quasar Fund Spc Class A and
Class B CGC NV

Quasar Fund SPC Class A and Class B
CGC NV
C/O Citco Fund Services Europe BV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Six SIS Ltd
Baslerstrasse 100
CH-4601 Olten
Switzerland

Soundview Fund
Citco Global Custody (NA) NV
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Fairfield Masters Ltd
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Fairfield Investment Fd Ltd
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

Fairfield Inv GCI JPY
CGC NV
Fairfield Greenwich Group
Finance Group
919 Third Avenue
New York 10022

8264859

THEODOOR GGC AMSTERDAM
KEIZERSGRACHT 617
1017 DS AMSTERDAM
THE NETHERLANDS

RBC DOMINION SECURITIES SUB A/C
155 WELLINGTON STREET WEST, 17TH FLOOR
TORONTO, ONTARIO
M5V 3K7
CANADA

TERCAS-CASSA DI RISPARMIO DELLA
PROVINCIA DI TERAMO S.P.A.
CORSO SAN GIORGIO, 36
64100 TERAMO
ITALY

FS ABN AMBRO GLOBAL CUSTODY
GUSTAV MAHLERAAN 10
1082 PP AMSTERDAM
THE NETHERLANDS

BANQUE PRIVEE EDMOND DE ROTHSCHILD (EUROPE)
20 BOULEVARD EMMANUEL SERVAIS
L-2535
LUXEMBOURG

CATHAY UNITED BANK
16TH FLOOR, 296, SEC. 4
REN-ALI ROAD
TAIPEI 106
TAIWAN

MERITZ FIRE & MARINE INSURANCE COMPANY
25-1 YOIDO-DONG
YOUNGDUNGPO-GU
SEOUL 150-010
SOUTH KOREA

MERITZ FIRE & MARINE INSURANCE COMPANY
825-2 YEOKSAM-DONG
KANGNAM-GU
SEOUL 135-080
SOUTH KOREA

SCHRODER & CO. (ASIA) LTD.
11 BEACH ROAD
#06-01
CRASCO BUILDING
SINGAPORE 189675

BANCO SANTANDER (SUISSE) S.A.
RUE DU PUITS-SAINT PIERRE 4
CP 3597
CH-1211
GENEVE 3
SWITZERLAND

BANK HAPOALIM (SUISSE) LTD.
18 BOULEVARD ROYAL
2449
LUXEMBOURG

CLARKS FORK FOUNDATION
270 EAST WESTMINISTER ROAD
SUITE 300
LAKE FOREST, IL 60045

FS MIZRAHI TEFAHOT BANK LTD.
7 JABOTINSKY STREET
52520
RAMAT GAN
ISRAEL

BANQUE SYZ & CO. S.A.
RUE DU RHONE 30
P.O. BOX 5015
CH-1211
GENEVA 11
SWITZERLAND

BANQUE PIGUET & CIE S.A.
PLACE DE L' UNIVERSITE 5
CH 1205
GENEVA
SWITZERLAND

REINHARD MALIN

NEUE BANK AG
MARKTGASS 20
POSTFACH 1533
FL-9490 VADUZ
FURSTENTURN
LICHTENSTEIN

MERRILL LYNCH PIERCE FENNER SMITH, INC.
4 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10080

MERRILL LYNCH PIERCE FENNER SMITH, INC.
REGISTERED AGENT
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK 10011

LOMBARDY PROPERTIES LIMITED
19111 COLLINS AVENUE APT # 1605
SUNNY ISLES BEACH, FLORIDA 33160

FUND NOMINEES LIMITED
P.O. BOX 328
ST. PETER PORT
GUERNSEY GY1 3TY

JUAN JOSE LACROZE
3450 NW 113TH COURT
MIAMI, FLORIDA 33178

| | | |
|---|---|---|
| VONTOBEL ASSET MANAGEMENT<br>450 PARK AVENUE<br>NEW YORK, NEW YORK 10022 | ALTON SELECT L.P.<br>ALTON SELECT LTD.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE 19808 | ALTON SELECT L.P.<br>ALTON SELECT LTD.<br>2875 NE191 STREET<br>SUITE 904<br>AVENTURA, FLORIDA 33180 |
| BANQUE SUDAMERIS<br>701 BRICKELL AVENUE, 9TH FLOOR<br>MIAMI, FL 33131 | DELTA NATIONAL BANK AND TRUST CO.<br>REGISTERED AGENT<br>CORPORATION SERVICE COMPANY<br>650 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10019 | SG PRIVATE BANKING (SUISSE) SA<br>REGISTERED ADDRESS IN THE UNITED STATES<br>701 BRICKELL AVENUE, SUITE 2410<br>MIAMI, FL 33131 |
| SHERLI ELGHANIAN KRAYEM<br>3251 PROSPECT STREET NW,<br>UNIT: R-318<br>GEORGETOWN<br>WASHINGTON, DC 20007 | SHERLI ELGANIAN KRAYEM<br>16A LOWNDES SQ<br>LONDON SW1Z 9HB<br>UNITED KINGDOM | FS/ODDE & CIE<br>C/O EUROCLEAR BANK S.A./N.V.<br>1 BOULEVARD DU ROI ALBERT II<br>B-1210 BRUSSELS<br>BELGIUM |
| BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION<br>PRINCIPAL HEADQUARTERS<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION<br>REGISTERED ADDRESS<br>PO BOX 831575<br>DALLAS, TX 75283 | Citibank NA London<br>Citigroup Centre<br>Canada Square<br>Canary Wharf<br>London E14 5LB |
| Bank of America, National Trust And Savings Association<br>100 N Tryon Street<br>Charlotte, NC 28255<br>Attn: Brian Moynihan | BANQUE DE LUXEMBOURG<br>BOULEVARD ROYAL 14<br>2449 LUXEMBOURG<br>LUXEMBOURG | Caceis Bank Luxembourg<br>5 Allee Scheffer<br>L-2520 Luxembourg<br>Luxembourg |
| FS/BBVA MIAMI<br>CORPORATE OFFICE<br>ONE BISCAYNE TOWER<br>2 SOUTH BISCAYNE BLVD.<br>SUITE 3301<br>MIAMI, FL 33131 | FS/BBVA MIAMI<br>C/O EUROCLEAR BANK SA/NV<br>1 BOULEVARD DU ROI ALBERT II<br>1210 BRUSSELS, BELGIUM | BNP Paribas Securities Services Luxembourg<br>33 Rue de Gasperich<br>Howard Hesperange<br>2085 Luxembourg<br>Luxembourg |
| Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Jose Ignacio Goirgolzarri | Banco Bilbao Vizcaya Argentaria, SA<br>Plaza San Nicolas 4<br>Bilbao, Spain<br>Attn: Francisco Gonzalez | F/S HSBC Private Banking Nom<br>Registered Address<br>c/o Euroclear Bank SA/NV<br>1 Boulevard du Roi Albert II<br>1210 Brussels<br>Belgium |
| HSBC INSTITUTIONAL TRUST SERVICES (ASIA)<br>28/F & 29/F DORSET HOUSE<br>TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG | HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED<br>39/F DORSET HOUSE TAIKOO PLACE<br>979 KING'S ROAD, QUARRY BAY<br>HONG KONG<br>Attn: Douglas J. Flint | HSBC Securities Services (Luxembourg) SA<br>40 Avenue Monterey<br>L 2163 Luxembourg |
| CREDIT SUISSE INTERNATIONAL<br>ONE CABOT SQUARE<br>E14 4QJ LONDON<br>UNITED KINGDOM<br>Attn: Eric Varvel | FS ODDO & CIE<br>12 BD DE LA MADELEINE<br>75440 PARIS CEDEX 09<br>FRANCE<br>Attn: Francois Leve | BNP Paribas Luxembourg<br>Registered Address<br>Siege Social<br>10A Boulevard Royal<br>L-2093 Luxembourg<br>Luxembourg |
| HSBC Private Bank (Suisse) SA<br>2 Quai General Guisan<br>P.O. Box 3580<br>CH-1211Geneva<br>Switzerland | Zurich Capital Markets Company<br>La Touche House 3rd Floor, IFSC<br>Dublin 1<br>Ireland | Robinson & Co.<br>The Bank of Bermuda LTD<br>P.O. Box HM 1020<br>6 Front Street<br>HM 11 Hamilton<br>Bermuda |

FS/HSBC Private Banking Nom
Boulevard Royal 32
2449 Luxembourg
Luxembourg

ROPES & GRAY LLP
ROBERT S. FISCHLER
MARTIN J. CRISP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
COUNSEL TO SCHRODER & CO. (ASIA) LTD.

HSBC Private Bank (Guernsey) Ltd
Registered Address
Park Place
Park Street
St. Peter Port
Guernsey GY 1 1EE
Channel Islands

PATTON BOGGS LLP
ANTHONY NGUYEN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NEW YORK 10036
COUNSEL TO THEODOOR GGC AMSTERDAM

CRAVATH SWAINE & MOORE LLP
DAVID GREENWALD
RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NEW YORK 10019
COUNSEL TO BANQUE SYZ & CO.

ARNOLD & PORTER LLP
KELLY M. BARRETT
399 PARK AVENUE
NEW YORK, NEW YORK 10022
COUNSEL TO MERRILL LYNCH PIERCE FENNER & SMITH, INC. AND
FS MIZRAHI TEFAHOT BANK, LTD.

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
JOHN F. ZULACK
MEGAN P. DAVIS
ONE LIBERTY PLAZA
NEW YORK, NEW YORK 1006
COUNSEL TO BANQUE PRIVEE EDMOND DE ROTHSCHILD EUROPE AND
BANQUE PIGUET & CIE S.A.

DLA PIPER LLP
ROBERT A. JOHNSTON, JR.
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10022
COUNSEL TO BANK HAPOALIM SWITZERLAND LTD.

SHERMAN & STERLING LLP
Heather Kafele
Keith Palfin
801 PENNSYLVANIA AVENUE, NW, SUITE 900
WASHINGTON, DC 20004
COUNSEL FOR BBVA ENTITIES AND BANCO ITAU

BAKER MCKENZIE LLP
DAVID W. PARHAM
2300 TRAMMELL CROW CENTER
2001 ROSS AVENUE
DALLAS, TEXAS 75201
COUNSEL TO CATHAY UNITED BANK

VONTOBEL ASSET MANAGEMENT
TODISTRASSE 27
ZURICH, SWITZERLAND, CH-8022
ATTN: BEAT NAEGELI

EVAN A. DAVIS
CHARLES J. KEELEY, III
BREON PEACE
ONE LIBERTY PLAZA
NEW YORK, NEW YORK 10006
Attorneys for Defendants HSBC Private Bank (Suisse) SA, HSBC Securities Services (Luxembourg) SA, HSBC Bank USA NA, HSBC Private Bank (C.I.) Limited, HSBC Private Banking Nominee 1 (Jersey) Limited, Robinson & Co., Caceis Bank Luxembourg, Citibank NA London, Citibank (Switzerland) AG, Citigroup, Citivic Nominees Limited, BNP

DUANE MORRIS LLP
JOHN DELLAPORTAS
1540 BROADWAY
NEW YORK, NEW YORK 10036
COUNSEL FOR DELTA NATIONAL BANK AND TRUST CO.

Christopher Harris
Latham & Watkins
885 Third Avenue
New York, New York 10022
Counsel To
ABN Amro Schweiz AG
ABN Amro Global Custody

Meredith L. Turner
Wachtell, Lipton, Rosen, & Katz
51 West 52nd Street
New York, New York 10019
Counsel To ABN AMRO Schweiz AG et al.

ROBINSON B. LACY
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NEW YORK 10004
COUNSEL TO SAFRA NATIONAL BANK OF NEW YORK

BANQUE SUDAMERIS
REGISTERED AGENT
CORPORATE CREATIONS NETWORK INC
11380 PROSPERITY FAMRS ROAD #221E
PALM BEACH GARDENS, FL 33410

VONTOBEL ASSET MANAGEMENT
REGISTERED AGENT
CT CORPORATION SYSTEM
1633 BROADWAY
NEW YORK, NY 10022

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: DANIEL TRUCHI

SG PRIVATE BANKING (SUISSE) SA
REGISTERED AGENT
201 S. BISCAYNE BOULEVARD, SUITE 1500
MIAMI, FL 33131

BANCO BILBAO VIZCAYA ARGENTARIA, SA
PLAZA SAN NICOLAS 4
BILBAO, SPAIN
ATTN: FRANCISCO GONZALEZ

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: GUILLAUME LEJOINDRE

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: YVES THIEFFRY

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JEAN-FRANCOIS PAQUEREAU

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: JOSEPH TOSON

SG PRIVATE BANKING (SUISSE) SA
RUE DE LA CORRATERIE 6 – CP 5022
1211 GENEVE 11 SWITZERLAND GE 1211 CH
ATTN: ALBERTO VALENZUELA

MIZRAHI TEFAHOT BANK LTD
JABOTINSKY STREET, 7 – P.O. BOX 3450
52136 RAMAT GAN
ISRAEL
ATTN: ELIEZER YONES

BANCO BILBAO VIZCAYA ARGENTARIA, SA
PLAZA SAN NICOLAS 4
BILBAO, SPAIN
ATTN: JOSE IGNACIO GOIRGOLZARRI

BANK OF AMERICA, NATIONAL ASSOCIATION
100 N TRYON STREET
CHARLOTTE, NC 28255
ATTN: BRIAN MOYNIHAN

DELTA NATIONAL BANK & TRUST COMPANY
650 FIFTH AVENUE
NEW YORK, NY 10019
ATTN: JOHN LANDERS

8271844

FIDULEX MANAGEMENT
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Walter Noel, Jr.
c/o Andrew Hammond
White & Case
1155 Avenue of the Americas
New York, New York
10036-2787

NOMURA INTERNATIONAL PLC
NOMURA HOUSE
1 ST MARTINS LE GRAND
EC1A 4NP LONDON
UK

STEPHEN A. WEISS
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004

AMANDA M. MCGOVERN
BROWN AND HELLER, P.A.
ONE BISCAYNE TOWER, 15TH FLOOR
2 BISCAYNE BOULEVARD
MIAMI, FL 33131

MARK CUNHA
PETER E. KRAZOFF
MICHAEL J. CHEPIGA
SIMPSON THACHER & BARLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NEW YORK

PRICEWATERHOUSECOOPERS LLP
ROYAL TRUST TOWER
TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3000
TORONTO, ONTARIO M5K 1G8, CANADA

STEPHEN A. WEISS
SEEGER WEISS LLP
ONE WILLIAM STREET
NEW YORK, NEW YORK 10004

TIMOTHY A. DUFFY
KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, ILLINOIS 60654

PRICEWATERHOUSECOOPERS ACCOUNTANTS N.V.
THOMAS R. MALTHUSSTRAAT 5
1066JR AMSTERDAM

WILLIAM R. MAQUIRE
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

IRVING H. PICARD, AS TRUSTEE
DAVID J. SHEEHAN
MARC E. HIRSCHFIELD
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA,
11TH FLOOR
NEW YORK, NEW YORK 10111

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

THOMAS L. LONG
SHERRI B. LAZEAR
BAKER & HOSTETLER LLP
CAPITAL SQUARE, SUITE 2100
65 EAST STATE STREET
COLUMBUS, OHIO 43215-4260

ROBERT ALAN WALLNER
KENT ANDREW BRONSON
KRISTI STAHNKE
MCGREGOR
MILBERG LLP
ONE PENNSYLVANIA PLAZA, 49TH FLOOR
NEW YORK, NEW YORK 10119

PWC US
REGISTERED AGENT
RL&F SERVICE CORP.
ONE RODNEY SQUARE,
10TH FL. TENTH & KING STS.
P.O. BOX 551
WILMINGTON, DE 19801

PWC BERMUDA
DORCHESTER HOUSE
7 CHURCH STREET
HAMILTON, HM EX, BERMUDA

PWC INTERNATIONAL LIMITED
300 MADISON AVE.
NEW YORK, NY 10017

CITIGROUP GLOBAL MARKETS LIMITED
CITIGROUP CENTRE,
33 CANADA SQ.,
CANARY WHARF
LONDON E14 5LB, UNITED
KINGDOM

JPMORGAN BANK LUXEMBOURG SA
EUROPEAN BANK & BUSINESS CENTRE,
6, ROUTE DE TRÈVES,
L-2887 LUXEMBOURG,
LUXEMBOURG

JPMORGAN SECURITIES LIMITED
125 LONDON WALL
EC2Y 5AJ LONDON, UNITED KINGDOM

Bos 1775565

Irving H. Picard, as Trustee
David J. Sheehan
Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, New York 10111

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Thomas L. Long
Sherri B. Lazear
Baker & Hostetler LLP
Capital Square, Suite 2100
65 East State Street
Columbus, Ohio 43215-4260

Robert Alan Wallner
Kent Andrew Bronson
Kristi Stahnke McGregor
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119

Stephen A. Weiss
Seeger Weiss LLP
One William Street
New York, New York 10004

NY 8260396

SEAN F. O'SHEA
MICHAEL PETRELLA
O'SHEA PARTNERS LLP
521 FIFTH AVENUE, 25TH FLOOR
NEW YORK, NY 10175

MARC KASOWITZ
DANIEL J. FETTERMAN
KASOWITZ BENSON TORRIS & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019

MARK P. GOODMAN
HELEN V. CANTWELL
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022

ROBERT J. ANELLO
EDWARD M. SPIRO
MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.
565 FIFTH AVENUE
NEW YORK, NY 10017

ANDREW LEVANDER
DAVID HOFFNER
DECHERT LLP
1095 AVEVUE OF THE AMERICAS
NEW YORK, NY 10036

KENNETH A. ZITTER
LAW OFFICES OF KENNETH A. ZITTER
260 MADISON AVENUE, 18TH FLOOR
NEW YORK, NY 10016

JAN R. NAESS
NORTHERN NAVIGATION NORWAY AS
STORTINGSAGTEN 20, 0161
OSLO, NORWAY

PETER PAUL SCHMID
RUE DE LA ROTISSERIE 2
CASE POSTALE 5469
CH 1211 GENEVE 11
SWITZERLAND