**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
David J. Molton
May Orenstein
Daniel J. Saval
Kerry Quinn

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15 Case** |
| **Fairfield Sentry Limited, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **Fairfield Sentry Limited (In Official Liquidation), acting by and through the Foreign Representatives thereof,** | **Adv. Pro. No. 10-03748 (BRL)** |
| Plaintiff, | |
| -against- | |
| **Banque de Commerce et de Placements and Beneficial Owners of the Accounts Held in the Name of Banque de Commerce et de Placements 1-1000,** | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 12th day of October, 2010, I caused to be served a true and correct copy of the Complaint against Banque de Commerce et de Placements filed in this proceeding, together with a copy of the Summons in an Adversary Proceeding, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Banque de Commerce et de Placements
1, Rue De La Fontaine
PO Box 3069
1211 Geneva 3
Switzerland

Banque Commerce Et De Placements
1, Rue De La Fontaine
Po Box 3069
1204 Geneva 3
Switzerland

Beneficial Owners Of The Accounts Held In The Name
of Banque De Commerce Et De Placements 1-100
c/o Banque De Commerce Et De Placements
1, Rue De La Fontaine
Po Box 3069
1211 Geneva 3
Switzerland

Beneficial Owners Of The Accounts Held In The Name
of Banque De Commerce Et De Placements 1-1000
c/o Banque De Commerce Et De Placements
1, Rue De La Fontaine
Po Box 3069
1204 Geneva 3
Switzerland

                                                      /s/ Christopher Michael Lau Kamg
                                                      Christopher Michael Lau Kamg

Sworn to before me this
22nd day of October, 2010.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011