**BROWN RUDNICK LLP**
David J. Molton
May Orenstein
Daniel J. Saval
Kerry L. Quinn
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for Plaintiff, by and through its Foreign Representatives*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 15 Case |
| **Fairfield Sentry Limited, et al.,** | Case No: 10-13164 (BRL) |
| Debtors in Foreign Proceedings. | Jointly Administered |
| **Fairfield Sentry Limited (In Liquidation), acting by and through The Foreign Representatives thereof,** | Adv. Pro. No. 10-3748 |
| Plaintiff, | |
| V. | |
| **Banque de Commerce et de Placements et al. and Beneficial Owners of the Accounts Held in the Name of Banque de Commerce et de Placements et al. 1-1000,** | |
| Defendants. | |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the Pretrial Conference (the "Conference"), which was scheduled for November 16, 2010 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to December 15, 2010 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The Conference will be held before the Honorable Burton R. Lifland at

the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 623.

Dated: New York, New York
October 28, 2010

        Respectfully submitted,

        **BROWN RUDNICK LLP**

        By: /s/ Kerry L. Quinn
            David J. Molton
            May Orenstein
            Daniel J. Saval
            Kerry L. Quinn
            7 Times Square
            New York, New York 10036
            Tel.: (212) 209-4800
            Fax: (212) 209-4801
            dmolton@brownrudnick.com
            morenstein@brownrudnick.com
            dsaval@brownrudnick.com
            kquinn@brownrudnick.com

        *Counsel for Plaintiff, by and through its Foreign Representatives*