UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

FAIRFIELD SENTRY LIMITED, et al.,

    Debtors in Foreign Proceedings.

------------------------------------------------------------X

Chapter 15

Case No. 10-13164 (BRL)

Jointly Administered

## ORDER AUTHORIZING THE CONSOLIDATION OF THE REDEEMER ACTIONS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7042

Upon the motion (the "Motion")[1] of Kenneth Krys and Joanna Lau (the "Foreign Representatives"), in their capacities as the foreign representatives and liquidators of Fairfield Sentry Limited ("Sentry") and Fairfield Sigma Limited ("Sigma") and Fairfield Lambda Limited ("Lambda," together with Sentry and Sigma, the "Debtors"), for the entry of an Order authorizing the consolidation of certain adversary proceedings pending in connection with the above captioned matter (the "Redeemer Actions"), as defined in Exhibit A of the Foreign Representatives' Motion, pursuant to Federal Rule of Bankruptcy Procedure 7042, for pretrial and discovery purposes. Upon consideration of the Motion and the arguments contained therein; and the Court having found sufficient cause appearing therefore, it is hereby ORDERED:

    1.    The Redeemer Actions shall be consolidated for pretrial purposes, including coordination of all fact and expert discovery and motions concerning issues of law and fact common to these matters, in accordance with the terms of this Order.

    2.    Any other actions now pending or later filed in this district that arise out of or are related to the same facts as alleged in the Redeemer Actions shall be consolidated for pretrial and discovery purposes.

    3.    Counsel shall call to the attention of the Clerk of this Court the filing of any case that might be consolidated as part of the Court's Order.

    4.    All non-evidentiary hearings and conferences held with respect to the Redeemer Actions shall be treated as a joint hearing or conference.

    5.    All parties to the Adversary Proceedings shall adhere to the rules and procedures to be outlined in any Case Management Order entered by the Court;

    6.    A docket entry shall be made in each of the Redeemer Actions, substantially as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Motion.

An Order has been entered in this Proceeding directing the procedural consolidation of this action and other Redeemer Actions filed in connection with the jointly administered Chapter 15 cases of Fairfield Sentry Limited, Fairfield Sigma Limited, and Fairfield Lambda Limited (Case No. 10-13164); the docket for <u>Fairfield Sentry Limited et al. v. Theodoor GGC Amsterdam et al.</u>, AP No. 10-03496, should be consulted for all matters covered under the Court's Order.

7. Nothing herein is to be construed as requiring the consolidation of these Redeemer Actions for the purposes of evidentiary hearings or trial. All parties to the Redeemer Actions reserve their respective rights concerning the consolidation of the proceedings for trial and evidentiary hearings.

8. Service of this Order as provided in the Motion shall be deemed good and sufficient notice

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: November 9, 2010
      New York, New York

                                               /s/Burton R. Lifland_____
                                               UNITED STATES BANKRUTPCY JUDGE