**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 15 Case** |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (BRL)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** acting by and through the Foreign Representatives thereof, and KENNETH KRYS and JOANNA LAU, solely in their capacities as Foreign Representatives and Liquidators thereof, | **Adv. Pro. No. 10-03748 (BRL)** |
| Plaintiffs, | |
| -against- | |
| **BANQUE DE COMMERCE ET DE PLACEMENTS, FRANZ MAISSEN, and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF BANQUE DE COMMERCE ET DE PLACEMENTS 1-1000,** | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

8284554

On the 8th day of March, 2011, I caused to be served a true and correct copy of the First Amended Complaint against Banque de Commerce et de Placements, et al., filed in this proceeding, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Banque de Commerce et de Placements
1, Rue De La Fontaine
PO Box 3069
1211 Geneva 3
Switzerland

Banque Commerce Et De Placements
1, Rue De La Fontaine
PO Box 3069
1204 Geneva 3
Switzerland

Beneficial Owners Of The Accounts Held In The Name
of Banque De Commerce Et De Placements 1-100
c/o Banque De Commerce Et De Placements
1, Rue De La Fontaine
Po Box 3069
1211 Geneva 3
Switzerland

Beneficial Owners Of The Accounts Held In The Name
of Banque De Commerce Et De Placements 1-1000
c/o Banque De Commerce Et De Placements
1, Rue De La Fontaine
Po Box 3069
1204 Geneva 3
Switzerland

On the 9th day of March, 2011, I caused to be served a true and correct copy of the First Amended Complaint against Banque de Commerce et de Placements, et al., filed in this proceeding, together with a copy of the Second Summons in an Adversary Proceeding and the Notice of Presentment of Proposed Amended Preliminary Scheduling Order, by enclosing same

in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Franz Maissen
c/o Banque de Commerce et de Placements
1, Rue De La Fontaine
PO Box 3069
1211 Geneva 3
Switzerland

Franz Maissen
c/o Banque Commerce Et De Placements
1, Rue De La Fontaine
PO Box 3069
1204 Geneva 3
Switzerland

/s/ Christopher Michael Lau Kamg<br>Christopher Michael Lau Kamg

Sworn to before me this
23rd day of March, 2011.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011