**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David J. Molton
212-209-4800

*Attorneys for the Foreign Representatives*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 15 Case |
| | ) |
| **FAIRFIELD SENTRY LIMITED, et al.,** | ) Case No. 10-13164 |
| | ) (BRL) |
| Debtors in Foreign Proceedings. | ) |
| | ) Jointly Administered |
| | ) |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),** | ) |
| **acting by and through the Foreign Representatives thereof,** | ) |
| **and KENNETH KRYS and JOANNA LAU, solely in their** | ) |
| **capacities as Foreign Representatives and Liquidators** | ) |
| **thereof,** | ) Adv. Pro. No. 10-03748 |
| | ) (BRL) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| **BANQUE DE COMMERCE ET DE PLACEMENTS,** | ) |
| **FRANZ MAISSEN, and BENEFICIAL OWNERS OF** | ) |
| **ACCOUNTS HELD IN THE NAME OF BANQUE DE** | ) |
| **COMMERCE ET DE PLACEMENTS 1-1000,** | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to

the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 17th day of March, 2011, I caused to be served a true and correct copy of the First Amended Complaint against Banque de Commerce et de Placements, et al., filed in this proceeding, together with a copy of the Second Summons in an Adversary Proceeding and a copy of the Notice of Presentment of Proposed Second Amended Preliminary Scheduling Order, by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Franz Maissen
29 Quai du Mont-Blanc
Geneve 201
Switzerland


                                        /s/ Christopher Michael Lau Kamg
                                        Christopher Michael Lau Kamg

Sworn to before me this
29th day of March, 2011.

/s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011